# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**NADRIAN BUTTS,**

   *Plaintiff*,

v.   Case No.: 4:23cv403-MW/MAF

**CITY OF TALLAHASSEE, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) as malicious because Plaintiff made affirmative misrepresentations relating to his litigation history and his claims are, alternatively, barred by *Heck v. Humphrey*." The Clerk shall close the file and note on the docket that this cause was

dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and counts as a strike under the Prison Litigation Reform Act.

**SO ORDERED on October 13, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**